```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 19-04532-RNO
Wendy Allen                                                     Chapter 7
         Debtor               CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke          Page 1 of 1            Date Rcvd: Feb 12, 2020
                              Form ID: fnldecnd        Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2020.
```
db              +Wendy Allen,    140 Petsch Lane,    Shohola, PA 18458-2023
5261169        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bank of America,    PO Box 982238,    El Paso, TX 79998)
5261170         +Bank of America, N.A.,    4909 Savarese Circle,    Tampa, FL 33634-2413
5261172         +Jpmcb Card,   PO Box 15369,    Wilmington, DE 19850-5369
5261179          Syncb/wlmrt,    PO Box 965024,    El Paso, TX 79998
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 12 2020 19:38:57
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5261171          E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 12 2020 19:35:26
                  Credit Collection Services,    PO Box 607,    Norwood, MA 02062-0607
5261173          E-mail/Text: camanagement@mtb.com Feb 12 2020 19:34:56     M & T Bank,    1 Fountain Plaz Fl 4,
                  Buffalo, NY 14203
5261174          E-mail/PDF: gecsedi@recoverycorp.com Feb 12 2020 19:37:34     PayPal Credit,    PO Box 105658,
                  Atlanta, GA 30348-5658
5261741          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 12 2020 19:35:02
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, PA   17128-0946
5261175         +E-mail/Text: bankruptcyteam@quickenloans.com Feb 12 2020 19:35:18     Quicken Loans,
                  1050 Woodward Avenue,    Detroit, MI 48226-1906
5261176         +E-mail/PDF: gecsedi@recoverycorp.com Feb 12 2020 19:37:30     Syncb/hsn,    PO Box 965017,
                  Orlando, FL 32896-5017
5261178         +E-mail/PDF: gecsedi@recoverycorp.com Feb 12 2020 19:37:30     Syncb/qvc,    PO Box 965005,
                  Orlando, FL 32896-5005
5261180         +E-mail/PDF: gecsedi@recoverycorp.com Feb 12 2020 19:37:33     Syncb/zulily,    PO Box 965017,
                  Orlando, FL 32896-5017
5261570         +E-mail/PDF: gecsedi@recoverycorp.com Feb 12 2020 19:37:32     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5261177*        +Syncb/hsn,    PO Box 965017,    Orlando, FL 32896-5017
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2020 at the address(es) listed below:
```
              James   Warmbrodt    on behalf of Creditor    Quicken Loans INC. bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              John J. Martin    on behalf of Debtor 1 Wendy  Allen jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r5989
               1@notify.bestcase.com
              Mark J. Conway (Trustee)     PA40@ecfcbis.com,
               mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Wendy Allen,　　　　　　　　　　　　　　　　Chapter　　　7

**Debtor 1**

　　　　　　　　　　　　　　　　　　　　　　Case No.　　5:19–bk–04532–RNO

Social Security No.:
　　　　　　　xxx–xx–1171

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Mark J. Conway (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Wendy Allen** in accordance with F.R.B.P. 4004(c)(1)(H).

Dated: February 12, 2020　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　　　　Honorable Robert N. Opel, II
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge
　　　　　　　　　　　　　　　　　　　　　　By: PamelaRadginski, Deputy Clerk

**fnldec** (05/18)